# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1507
Lower Tribunal No. 18-29043
_____

**Robert P. Charbonneau,**
Appellant/Cross-Appellee,

vs.

**Patricia Charbonneau,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Jam Law PLLC, and Jason A. Martorella (Fort Myers), for appellant/cross-appellee.

Lauri Waldman Ross, P.A., and Lauri Waldman Ross; Raquel A. Rodriguez & Associates, and Raquel A. Rodriguez, for appellee/cross-appellant.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Robert Charbonneau ("Former Husband") appeals from a final judgment of dissolution, specifically the amount of income imputed to the Wife, the amount of alimony, maintenance of life insurance to secure alimony and the disposition of an income tax refund. Patricia Charbonneau ("Former Wife") cross-appeals the trial court's refusal to clarify the final judgment to allocate responsibility for mortgage payments and included expenses, and to make necessary adjustments of credits and setoffs.

We affirm the final judgment of dissolution in all respects. As to the Former Wife's cross-appeal, we similarly affirm. The Former Wife benefitted from occupancy of the marital home from the date of the final judgment until sale of the marital home. The marital home, and the Former Wife's ability to remain in residency until its sale, are benefits derived from a marital asset to which both parties held equal interest. No clarification of the parties' post-sale credits is necessary.

Affirmed.